UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr- 416-SI |
| v. | INFORMATION |
| LUCIANO GABRIEL RODRIGUEZ-ORTIZ, | 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Defendant. | 18 U.S.C. § 924(c) |
| | **Forfeiture Allegations** |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Possession with Intent to Distribute Cocaine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(C))**

From on or about October 27, 2023, in the District of Oregon, defendant **LUCIANO GABRIEL RODRIGUEZ-ORTIZ**, did intentionally and knowingly possess with intent to distribute a mixture or substance containing a detectible amount of cocaine, is salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**COUNT 2**
**(Possession of a Firearm in Furtherance of Drug Trafficking Crime)**
**(18 U.S.C. § 924(c))**

From on or about October 27, 2023, in the District of Oregon, defendant **LUCIANO GABRIEL RODRIGUEZ-ORTIZ**, did knowingly possesses a firearm, to wit: a Palmetto State

Armory 9mm handgun, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with intent to distribute cocaine as alleged in Count One herein,

In violation of Title 18, United States Code, Section 924(c).

## FIRST FORFEITURE ALLEGATION

Upon conviction of the controlled substance offense alleged in Count 1 of this Information, defendant **LUCIANO GABRIEL RODRIGUEZ-ORTIZ** shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

## SECOND FORFEITURE ALLEGATION

Upon conviction of the firearm offense in Count 2 of this Information, defendant **LUCIANO GABRIEL RODRIGUEZ-ORTIZ** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm(s) involved in that offense, including without limitation: a black Palmetto State Armory 9mm handgun seized from defendant on October 27, 2023.

## SUBSTITUTE ASSETS

If any forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by

18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants up to the value of

the forfeitable property described above.

Dated: December 26, 2023         Respectfully submitted,

                                          NATALIE K. WIGHT
                                          United States Attorney

                                          */s/ Paul T. Maloney*
                                          PAUL T. MALONEY, OSB#013366
                                          Assistant United States Attorney